**Aubrey Lee ABBOTT, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 39740.**

Court of Criminal Appeals of Texas.

Oct. 26, 1966.

John M. Anderson, Fort Worth, for appellant.

Doug Crouch, Dist. Atty., Glenn Goodnight and Grady Hight, Asst. Dist. Attys., Fort Worth, and Leon B. Douglas, State's Atty., Austin, for the State.

OPINION

McDONALD, Judge.

The conviction is for robbery with two prior convictions of felonies less than capital alleged for enhancement; the punishment, life imprisonment.

It is shown by affidavit of the Tarrant County sheriff that on June 20, 1966, appellant escaped from his custody. He was subsequently re-captured on July 8, 1966, in the State of Washington, where he is currently serving a 35 year prison sentence. The state has made known to us that the State of Washington will not relinquish jurisdiction over appellant until such time as he has been tried and served his sentence, if any, on the charge there pending.

Vernon's Ann.C.C.P., Art. 44.09 is applicable to the "re-capture" of a defendant who escapes pending appeal. However, as the appellant is not subject to the jurisdiction of the State of Texas he cannot be said to have been "re-captured" within the meaning of this statute.

The state's motion to dismiss the appeal is granted. It is so ordered.